

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-21-00237-CV

———————————————

ARTHUR LEE JACKSON AND PAMELA DENISE JACKSON, Appellants

V.

SHERALI RAMZANALI, Appellee

On Appeal from County Court at Law No. 1
Tarrant County, Texas
Trial Court No. 2021-002498-1

Before Bassel, Womack, and Wallach, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

Appellants Arthur Lee Jackson and Pamela Denise Jackson attempt to appeal from a "Rule 11 Agreement and Release." We sent Appellants a letter on August 10, 2021, noting our concern that we may not have jurisdiction over this appeal because the trial court clerk had informed this court that the trial judge had not signed an order in this case and because it appears there is no final judgment or order subject to appeal. In the letter, we informed Appellants that they had until August 30, 2021, to furnish this court with a signed copy of the order they seek to appeal. We also advised Appellants that if no order had been signed and furnished to this court by August 30, 2021, this appeal would be dismissed for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f). Appellants did not file a response, but Appellee Sherali Ramzanali filed a motion to dismiss the appeal.

Because we have no jurisdiction to address Appellants' appeal, we therefore grant the motion to dismiss, and we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 26.1 (providing for filing of notice of appeal from date that judgment or order is "signed"), 43.2(f), 44.3; *see also Sammour v. Fed. Gov't*, No. 02-20-00268-CV, 2020 WL 6601596, at *1 (Tex. App.—Fort Worth Nov. 12, 2020, no pet.) (per curiam) (mem. op.) ("There is no signed order or judgment in this case. We therefore dismiss this appeal for want of jurisdiction.").

Per Curiam

Delivered: October 7, 2021

2